IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD LEAR,

      Plaintiff,

v.

PRINCIPAL MUTUAL LIFE INS. CO.,

      Defendant.

No. C -11-03469 EDL

**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On October 19, 2011, Plaintiff filed an Ex Parte Request to Continue the October 25, 2011 Initial Case Management Conference on the ground that he has not yet served the complaint and has until November 14, 2011 to do so. See Fed. R. Civ. P. 4(m). As a matter of course and to encourage expeditious litigation, initial case management conferences in courts in this district are set approximately ninety days after a complaint is filed even though Federal Rule of Civil Procedure 4(m) permits 120 days to serve a complaint. Plaintiff's request to continue the initial case management conference in this matter is granted, however, the Court encourages Plaintiff to serve the complaint in this case sooner rather than later. The case management conference is continued to December 20, 2011 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: October 19, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge