**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

**December 22, 2011**

**CASE NUMBER:  CV 11-03469 EDL**
**CASE TITLE:  RICHARD LEAR-v-PRINCIPAL MUTUAL LIFE INS. CO.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/22/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects
Log Book Noted                            Entered in Computer 12/22/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                   Transferor CSA