ADRIENNE C. PUBLICOVER (SBN: 161432)
Email: adrienne.publicover@wilsonelser.com
MICHAEL K. BRISBIN (SBN: 169495)
Email: michael.brisbin@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
**PRINCIPAL LIFE INSURANCE COMPANY**
**erroneously sued as Principal Mutual Life**
**Insurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| RICHARD LEAR, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>PRINCIPAL MUTUAL LIFE INSURANCE COMPANY; and DOES 1 thru 10 inclusive,<br><br>            Defendants. | Case No.: CV11-03469-JSW<br><br>[PROPOSED] **ORDER FOR THE JOINT STIPULATION TO CONTINUE THE CURRENT DEADLINES FOR MEDIATION COMPLETION DATE, FILING A JOINT CASE MANAGEMENT CONFERENCE STATEMENT UPDATE, AND SCHEDULED CMC**<br><br>Date:       June 22, 2012<br>Time:       1:30 p.m.<br>Courtroom: 9,<br>Honorable Jeffrey S. White |

In light of the Joint Stipulation of the Parties to extend the time to complete the mediation, the filing of the supplemental Joint CMC report, and conduct the further CMC, if necessary, and good cause appearing therefore the Court hereby orders the following:

(1)    The mediation completion deadline currently scheduled for June 7, 2012 is continued to June 15, 2012;

(2)    The deadline to file a supplemental CMC statement update is continued from June 15 to June 22, 2012; and

(3)    The CMC scheduled for 1:30 pm in courtroom 9 on June 22, 2012 is continued to    June 29   , 2012 at 1:30 pm in courtroom 9.

[Proposed] Order for the Joint Stipulation To Continue the Current Deadlines for Mediation Completion Date, Filing a Joint Case Management Conference Statement Update and Scheduled CMC
Case Number CV 11-03469 JSW

879167.1

IT IS SO ORDERED.

Dated: May 21, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order for the Joint Stipulation To Continue the Current Deadlines for Mediation Completion Date, Filing a Joint Case Management Conference Statement Update and Scheduled CMC
Case Number CV 11-03469 JSW
879167.1

2