Jeffrey C. Metzger, Esq. State Bar No. 96583
LAW OFFICES OF JEFFREY C. METZGER
A Law Corporation
23041 Mill Creek Drive
Laguna Hills, California 92653
JMetzger@metzgerlaw.com
Telephone (949) 454-1196
Facsimile (949) 454-0830

Joseph Creitz, State Bar No. 169552
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22Battery Street, Suite 1000
San Francisco, CA 94111
joseph.creitz@gmail.com
Tel: 415-269-3675
Fax: 415-513-4475

Attorneys For: Plaintiff RICHARD LEAR

Michael K. Brisbin, State Bar No. 169495
Adrienne C. Publicover, State Bar No. 161432
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Phone: 415-433-0990
Fax: 415-434-1370
adrienne.publicover@WilsonElser.com
michael.brisbin@WilsonElser.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RICHARD LEAR, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCIPAL MUTUAL LIFE INSURANCE COMPANY; and DOES 1 thru 10, inclusive, <br><br> Defendant. | Case No. CV11-3469 JSW <br><br> [PROPOSED] ORDER |

1

[PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, including any defendant previously dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

Dated: July 5, 2012

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
United States District Judge