1  Jeffrey C. Metzger, Esq. State Bar No. 96583
   LAW OFFICES OF JEFFREY C. METZGER
2  A Law Corporation
   23041 Mill Creek Drive
3  Laguna Hills, California 92653
   JMetzger@metzgerlaw.com
4  Telephone (949) 454-1196
   Facsimile (949) 454-0830
5
   Joseph Creitz, State Bar No. 169552
6  THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
   22 Battery Street, Suite 1000
7  San Francisco, CA 94111
   joseph.creitz@gmail.com
8  Tel: 415-269-3675
   Fax: 415-513-4475
9
   Attorneys For: Plaintiff RICHARD LEAR
10
   Michael K. Brisbin, State Bar No. 169495
11 Adrienne C. Publicover, State Bar No. 161432
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
12 525 Market Street, 17th Floor
   San Francisco, CA 94105
13 Phone: 415-433-0990
   Fax: 415-434-1370
14 adrienne.publicover@WilsonElser.com
   michael.brisbin@WilsonElser.com

15

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO

20

21 RICHARD LEAR,                    Case No.  CV11-3469 JSW
   an individual,
22
              Plaintiff,            [PROPOSED] ORDER
23
   vs.
24
   PRINCIPAL MUTUAL LIFE
25 INSURANCE COMPANY; and
   DOES 1 thru 10, inclusive,
26
              Defendant.
27

28

[~~PROPOSED~~] ORDER

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, including any defendant previously dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

Dated: July 5, 2012

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
United States District Judge